UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUSHAWN ROBINSON,

                    Plaintiff,

   -against-

JAKE KNIBBS,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/04/2021

16 CV 3826 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      Plaintiff Loushawn Robinson ("Plaintiff') brings this action *pro se* asserting claims under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) and the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2401(b), 2671-2680. On June 24, 2019, the Court issued an Opinion and Order granting Defendants' Motion for Summary Judgment with regards to Plaintiff's *Bivens* claims, and granting Plaintiff leave to replead his FTCA claim by July 26, 2019. (See ECF No. 79.) On July 22, 2019, rather than receive an amended complaint with the FTCA claim, Plaintiff submitted a document that the Court identifies as a Notice of Claim and supporting exhibits related to Plaintiffs' FTCA claim. (*See* ECF No. 80.) The Court then granted Plaintiff until August 30, 2019 to adequately plead his claim and stated "[f]ailure to do may result in dismissal of this case." (*Id*.)

      On June 21, 2021, the Court issued an Order to Show Cause directing Plaintiff to show cause in writing on or before July 21, 2021 why his claims against Defendant should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 86.) The Court's order was mailed to the Plaintiff at the address on the docket. Plaintiff has not responded to the Order to Show Cause, or communicated with the Court since July of 2019.

Therefore, this case is dismissed without prejudice for want of prosecution. The Clerk of Court is directed to terminate this action, mail a copy of this order to *pro se* Plaintiff at the address on ECF, and show service on the docket.

Dated:   October 4, 2021                              SO ORDERED:
            White Plains, New York

                                                _____
                                                   NELSON S. ROMÁN
                                               United States District Judge